**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| PAULO CESARÉ MACEDO DE SOUZA | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | CASE NO.: 25-776 |
| ROBERT M. CLARK o/a R.C. CUSTOM CARPENTRY | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of actions, and parties, with each party to bear its own attorney's fees and costs. Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Traci M. Greenberg*
Traci M. Greenberg, Esq.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
(215) 639-0801
*Attorney for Plaintiff*

**LLG NATIONAL LAW GROUP**

*/s/ Lawrence A. Katz*
Lawrence A. Katz, Esq
525 Route 73 North
Suite 104
Marlton, NJ 08052
(856) 652-2000
*Attorneys for Defendant*

Dated: March 2, 2026

**APPROVED** and **SO ORDERED** by the Court this _____ day of

_____, 2026.

_____
ANN MARIE DONIO, J.
United States Magistrate Judge