# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULO CESARÉ MACEDO DE SOUZA : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | |
| : | CASE NO.: 25-776 |
| ROBERT M. CLARK o/a R.C. CUSTOM : | |
| CARPENTRY : | |
| : | |
| Defendant. : | |
| : | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of actions, and parties, with each party to bear its own attorney's fees and costs. Respectfully submitted,

| | |
|---|---|
| **KARPF, KARPF & CERUTTI, P.C.** | **LLG NATIONAL LAW GROUP** |
| | |
| */s/ Traci M. Greenberg* | */s/ Lawrence A. Katz* |
| Traci M. Greenberg, Esq. | Lawrence A. Katz, Esq |
| 8 Interplex Drive | 525 Route 73 North |
| Suite 210 | Suite 104 |
| Feasterville-Trevose, PA 19053 | Marlton, NJ 08052 |
| (215) 639-0801 | (856) 652-2000 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

Dated: March 2, 2026

**So ordered.**

   */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.D.J.**
**Date: March 3, 2026**